IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES W. BUGGY, JR. ) | |
|     **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL ) | Case No.: 25-11045 (AMC) |
|     **Moving Party** ) | |
|   v. ) | |
| ) | **Hearing Date: 5-21-25 at 11:00 AM** |
| JAMES W. BUGGY, JR. ) | |
| MICHELE C. BUGGY ) | |
|     **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| SCOTT WATERMAN ) | 11 U.S.C. 1301 |
|     **Trustee** ) | |
| ) | |
| ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now AmeriCredit Financial Services, Inc., dba GM Financial ("GM Financial") filing this its Motion For Relief From The Automatic Stay And Co-Debtor Stay ("Motion"), and in support thereof, would respectfully show:

1. That on March 18, 2025, James W. Buggy. filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361, 362, 1301 and 28 U.S.C. 157 and 1334.

3. On February 26, 2020, the debtor and the co-debtor Michele Buggy entered into a retail installment contract for the purchase of a **2017 Chevrolet Silverado 1500** bearing vehicle identification number 1GCVKREC8HZ111832. The contract was assigned to AmeriCredit Financial Services, Inc. and the debtors became indebted to AmeriCredit in accordance with the terms of same. AmeriCredit Financial Services is designated as first lien holder on the title to the vehicle and holds a first purchase money security interest in the vehicle. AmeriCredit Financial

Services now does business as GM Financial. A true copy of the contract and title inquiry to the vehicle are annexed hereto as Exhibits A and B.

4. The debtor's account is past-due from February 11, 2025 through April 11, 2025 with arrears in the amount of $1,747.29.

5. As of April 23, 2025, the debtor's account with GM Financial had a net loan balance of $9,164.26.

6. According to the April 2025 NADA Official Used Car Guide, the vehicle has a current retail value of $22,775.00.

7. GM Financial alleges that the automatic stay and co-debtor stay should be lifted for cause under 11 U.S.C. 362(d)(1) and 11 U.S.C. 1301 in that GM Financial lacks adequate protection of its interest in the vehicle as evidenced by the following:

(a) The debtor is failing to make payments to GM Financial and is failing to provide GM Financial with adequate protection.

WHEREFORE PREMISES CONSIDERED, GM Financial respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to GM Financial to permit GM Financial to seek its statutory and other available remedies; (2) that the co-debtor stay will be terminated as to GM Financial to permit GM Financial to seek its statutory and other available remedies; (3) that the stay and co-debtor stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(3) and (4) GM Financial be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney ID: 92329
Local Counsel for AmeriCredit Financial Services, Inc.
dba GM Financial