**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    James W Buggy, Jr. | : | Chapter 13 |
| | : | Case No. 25-11045-AMC |
|                Debtor | : | |

### RESPONSE TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. By way of further answer, Debtor/Borrower made a payment on May 02, 2025, to cure the alleged delinquency.

5. Denied.

6. Denied.

7. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

                                                                           Respectfully submitted,

Dated: <u>May 02, 2025</u>                             <u>/s/ Brad J. Sadek, Esquire</u>
                                                                            Brad J. Sadek, Esquire
                                                                             Sadek Law Offices
                                                                             1500 JFK Boulevard, Suite 220
                                                                             Philadelphia, PA 19102
                                                                             (215) 545-0008
                                                                             brad@sadeklaw.com

                                                                             *Counsel to the Debtor*