UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    JAMES W. BUGGY JR.<br>        Debtor(s)<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2021-1<br>        Movant<br>v.<br>JAMES W. BUGGY JR.<br>        Debtor(s)<br>MICHELE C. BUGGY<br>        Co-Debtor<br>SCOTT F. WATERMAN<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-11045-amc |

## CERTIFICATION OF DEFAULT

    I, Daniel P. Jones, Esquire, of Stern & Eisenberg, PC, Counsel for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1, hereby certify that the Debtor, James W. Buggy Jr., is in default of the Stipulation approved on September 16, 2025, for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing. See Exhibit "A" which is attached hereto and made a part hereof.

    Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

                                                                       Stern & Eisenberg, PC

                                                                       <u>By: /s/ Daniel P. Jones</u>
                                                                       Daniel P. Jones
                                                                       1581 Main Street, Suite 200
                                                                       The Shops at Valley Square
                                                                       Warrington, PA 18976
                                                                       Phone: (215) 572-8111
                                                                       Fax: (215) 572-5025
                                                                       Bar Number: 321876
Date: December 22, 2025                              Email: djones@sterneisenberg.com